# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 21, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

127897(97)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellant,

v

MAURICE LAMONT NYX,
        Defendant-Appellee.

SC:    127897
CoA:  248094
Wayne CC:  02-007289-01

_____

On order of the Chief Justice, the motion by defendant-appellee for extension of the time for filing his brief on appeal is considered and, it appearing the brief was filed November 6, 2006, the time for filing is extended to that date.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 21, 2006

Clerk